RECEIVED
IN MONROE, LA

DEC 0 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| MICHAEL GRAY, ET AL | * | CIVIL ACTION NO. 06-0378 |
| VERSUS | * | JUDGE JAMES |
| BLUE CROSS BLUE SHIELD OF LOUISIANA | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Defendant's denial of benefits be **AFFIRMED** and this case be **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 5 day of December, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION